UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                              Case No. 8:21-cr-342-VMC-SPF

PLAMEN GEORGIEV VELINOV

## AMENDED NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒    IS      related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

    United States v. Patrice Eileen Wilowski-Mevorah,
    Case No. 8:21-cr-206-MSS-TGW

    United States v. Tatiana Power,
    Case No. 8:21-cr-227-SDM-AAS

    United States v. Mary Lou Bjorkman,
    Case No.  8:21-cr-244-MSS-AAS

    United States v. Plamen Georgiev Velinov,
    Case No. 8:21-cr-342-VMC-SPF

    United States v. Anthony Lee Kendall,
    Case No. 8:21-cr-358-SCB-TGW

    *All the actions relate to a singular enterprise that ran a series of for-profit websites trafficking sexualized images and videos of minors, some of which depicted minors engaged in sexually explicit conduct.*

☐    IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: November 19, 2021

                                      Respectfully submitted,

                                      KARIN HOPPMANN
                                      Acting United States Attorney

By:   */s/ Francis D. Murray*
        Francis D. Murray
        Assistant United States Attorney
        Florida Bar No. 0108567
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Francis.Murray2@usa.doj.gov

U.S. v. Plamen Velinov                    Case No. 8:21-cr-342-VMC-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

>                     */s/ Francis D. Murray*
>                     Francis D. Murray
>                     Assistant United States Attorney
>                     Florida Bar No. 0108567
>                     400 N. Tampa St., Ste. 3200
>                     Tampa, FL 33602-4798
>                     Telephone: (813) 274-6000
>                     Facsimile: (813) 274-6358
>                     E-mail: Francis.Murray2@usa.doj.gov