**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:21-cr-342-VMC-SPF | **DATE:** | May 12, 2022 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | Irena Alexandrova |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | Bulgarian |
| v. | | **GOVERNMENT COUNSEL** Karyna Valdes, AUSA | |
| PLAMEN GEORGIEV VELINOV | | **DEFENSE COUNSEL** Christophir Kerr, CJA | |
| **COURT REPORTER:**  DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 2:35 – 3:08 | **TOTAL:**  0:33 | **COURTROOM:** | 11B |

## PROCEEDINGS: INITIAL APPEARANCE / ARRAIGNMENT / ATTORNEY APPOINTMENT / DETENTION

[X]  DEFENDANT PRESENT     [X] ADVISED OF CHARGES     [X] ARREST DATE: 5/11/22
[X]  DEFENDANT PROVIDED WITH COPY OF INDICTMENT COURT SUMMARIZED CHARGES
[X]  COURT ADVISES DEFENDANT OF RULE 5 RIGHTS
[X]  COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
[X]  DEFENDANT ORAL MOTION TO APPOINT INTERPRETER
[X]  ORAL ORDER APPOINTING INTERPRETER
[X]  CJA FINANCIAL AFFIDAVIT FILED
[X]  DEFENDANT ORAL MOTION TO APPOINT COUNSEL
[X]  ORAL ORDER DEFENSE ATTORNEY: Christophir Kerr, CJA appointed for all further proceedings
[X]  GOVT ORAL MOTION FOR DETENTION
[X]  GOVT POSITION ON RELEASE OR DETENTION: risk of flight, danger to community
[X]  DEFENDANT DOES NOT CONTEST DETENTION; reserve right to revisit if appropriate

[X]  COURT ORDERS: DETAINED

[X]  INDICTMENT FILED AND COPIED TO DEFENDANT
[X]  DEFENDANT WAIVED READING OF INDICTMENT
[X]  NOT GUILTY PLEA ENTERED AS TO COUNTS _____ALL_____
[X]  TRIAL SET FOR WEEKS OF _____July 5, 2022_____ before VMC
[X]  ZOOM STATUS CONFERENCE SET FOR: _ June 16, 2022 at 9:30 a.m._ before VMC
[X]  DEFENDANT ORAL MOTION FOR RULE 16(a) DISCOVERY
[X]  GOVERNMENT ORAL MOTION FOR RULE 16(b) DISCOVERY
[X]  GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)
[X]  MAGISTRATE JUDGE **FLYNN** TO ENTER PRE-TRIAL DISCOVERY ORDER.
[X]  PRETRIAL DISCOVERY ORDER TO BE FILED ELECTRONICALLY