UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:21-cr-342-VMC-SPF

PLAMEN GEORGIEV VELINOV

## VERDICT

1. **Count One of the Indictment**

   As to the offense of conspiracy to advertise visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2251(d) and (e),

   We, the Jury, find the defendant, Plamen Georgiev Velinov:

   Guilty __X__                         Not Guilty _____

2. **Count Two of the Indictment**

   As to the offense of conspiracy to distribute visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1),

   We, the Jury, find the defendant, Plamen Georgiev Velinov:

   Guilty __X__                         Not Guilty _____

   SO SAY WE ALL, this __23__ day of January, 2023.