UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:21-cr-342-VMC-SPF

PLAMEN VELINOV

**UNOPPOSED MOTION TO REDACT PUBLIC TRANSCRIPTS
TO PROTECT CHILD VICTIM PRIVACY**

The United States of America hereby files this motion to redact the public trial transcripts in this case under 18 U.S.C. § 3509(d) to protect the names and other information regarding child victims. In support, the United States states as follows:

1. This criminal case arises out of the defendant's involvement with the "Newstar" websites, which were websites dedicated to the advertisement, sale, and distribution of sexualized images of children. Generally speaking, the minor victims featured on the Newstar websites were identified by stage names. Some of these stage names included the real name or a portion of the real name of the victim. Other stage names bore no relationship to the victims' real name.

2. In January 2023, the defendant proceeded to trial. At trial, counsel and witnesses continuously referred to the stage names of the Newstar victims. Trial evidence also included the real names of victims who were depicted on the Newstar websites.

3. At the conclusion of trial, the defendant was convicted at trial of conspiracy to advertise and conspiracy to distribute visual depictions of minors

1

engaged in sexually explicit conduct in violation of 18 U.S.C. § 2251(d) and (e) and 2252(a)(2) and (b)(1).   Doc 123.

4.   In preparation for his appeal, the defendant has ordered transcripts in the case, including the transcripts for at least four days of trial.  *See* Docs. 161-64. The transcripts in this case will include numerous references to the stage names and/or real names of Newstar victims.   In August 2023, the United States filed an unopposed notice of its intent to seek redaction of child victim information from the trial transcripts.  *See* Doc. 166.   The United States has been in communication with the Court Reporter and now files this motion identifying the specific portions of the trial transcripts that refer to child victim information.

5.   Federal law provides for strict protections against the public disclosure of the identity of child victims in criminal cases.   Specifically, under 18 U.S.C. § 3509(d)(2), "[a]ll papers to be filed in court that disclose *the name of or any other information concerning a child* shall be filed under seal without necessity of obtaining a court order" (emphasis added).   These protections do not stop at court filings.   18 U.S.C. § 3509(d)(1) provides that all individuals involved in the case must keep documents that disclose the name or any other information concerning a child confidential and accessible only to others who "have reason to know such information."   In fact, federal law is so protective of the identity of child victims in criminal cases that knowing or intentional violations of the privacy provisions of § 3509 amount to criminal contempt punishable by jail time.  *See* 18 U.S.C. § 403. In addition, federal law provides that all crime victims, regardless of whether they

were children at the time of the offense, have the "right to be treated with fairness and with respect for the victim's dignity and privacy."  18 U.S.C. § 3771(a)(8).

6. Because the transcripts in this case contain the names of minor victims and other information concerning a child, the United States respectfully requests that the Court permit the redaction of the following portions of the trial transcripts because they refer either to the stage name or the real names of the child victims in this case.  The proposed redacted transcripts are also included as attachments to this motion.

    a. Transcript of Trial Proceedings on January 18, 2023:

        i. Page 35, line 25;

        ii. Page 36, lines 15-16;

        iii. Page 40, lines 2-3;

        iv. Page 41, line 21;

        v. Page 42, line 5;

        vi. Page 43, line 19;

        vii. Page 47, lines 22-23;

        viii. Page 90, lines 17 and 20-23;

        ix. Page 97, lines 9, 11, 13, 15, 21, 23, and 25;

        x. Page 98, lines 2 and 4;

        xi. Page 99, lines 1-2 and 11-12;

        xii. Page 104, lines 3, 9, and 15;

        xiii. Page 105, line 4;

  xiv. Page 106, lines 5 and 24;

  xv. Page 107, line 8;

  xvi. Page 110, line 20;

  xvii. Page 113, lines 8 and 25;

  xviii. Page 114, lines 16 and 21;

  xix. Page 115, line 24;

  xx. Page 116, lines 8 and 10;

  xxi. Page 118, line 18;

  xxii. Page 119, line 19;

  xxiii. Page 123, line 5;

  xxiv. Page 125, line 15;

  xxv. Page 126, lines 1, 12, and 17;

  xxvi. Page 127, lines 3, 7, 10, 17, 20, and 24;

  xxvii. Page 128, lines 12, 20, and 25;

  xxviii. Page 129, lines 4 and 9;

  xxix. Page 130, lines 3 and 17;

  xxx. Page 131, lines 3-4, 12, 19, and 21;

  xxxi. Page 132, lines 8, 11, 14, 21, and 23;

  xxxii. Page 133, lines 7 and 13;

  xxxiii. Page 134, lines 2, 5, and 12;

  xxxiv. Page 135, line 21;

  xxxv. Page 136, lines 3 and 7;

    xxxvi. Page 145, lines 13 and 19;

    xxxvii. Page 147, lines 3 and 9;

    xxxviii. Page 150, lines 15-16;

    xxxix. Page 151, lines 11, 15, 19, and 25;

    xl. Page 163, line 19;

    xli. Page 165, lines 8 and 23;

    xlii. Page 169, lines 7 and 9;

    xliii. Page 170, lines 13 and 16;

    xliv. Page 171, line 24;

    xlv. Page 172, lines 14 and 23;

    xlvi. Page 173, line 10;

    xlvii. Page 178, line 23;

    xlviii. Page 179, lines 11, 16, 18, and 20;

    xlix. Page 186, line 8;

    l. Page 187, lines 12 and 20; and

    li. Page 188, lines 3 and 12.

b. Transcript of Trial Proceedings on January 19, 2023:

    i. Page 49, line 13;

    ii. Page 59, line 22;

    iii. Page 52, lines 5 and 16-17;

    iv. Page 53, line 23;

    v. Page 55, lines 14, 17, and 24;

  vi. Page 56, line 10;

  vii. Page 57, lines 4 and 17;

  viii. Page 96, lines 15, 17, and 19;

  ix. Page 99, lines 9 and 23;

  x. Page 100, lines 2-3, 6-7, 15, 19, and 24-25;

  xi. Page 101, lines 3, 8, and 11;

  xii. Page 102, lines 21 and 24;

  xiii. Page 103, lines 2-3, 5, 7, 10-12, 14, 16-19, and 21-24;

  xiv. Page 104, lines 20-21;

  xv. Page 112, lines 6, 8, and 23-24;

  xvi. Page 113, lines 1, 10, 14, 17, 20, and 25;

  xvii. Page 114, lines 1, 5-6, and 8;

  xviii. Page 118, lines 5-6, 8, 10, 16, and 19;

  xix. Page 119, lines 1-2;

  xx. Page 128, line 23;

  xxi. Page 129, line 1;

  xxii. Page 135, lines 11-14, 17, 20, and 22-24;

  xxiii. Page 136, lines 8-9, 13, 17-18, 22, and 24;

  xxiv. Page 137, lines 10, 13, and 25;

  xxv. Page 139, line 2;

  xxvi. Page 140, lines 5-6 and 22;

  xxvii. Page 141, lines 3, 5, 17, and 19;

      xxviii. Page 142, lines 3-4;

      xxix. Page 143, lines 19 and 22;

      xxx. Page 145, lines 4, 14, 17, and 23-24;

      xxxi. Page 146, lines 1, 6, 9-10, 16-18, 22, and 25; and

      xxxii. Page 147, lines 2, 17, and 19.

  c. Transcript of Trial Proceedings on January 20, 2023:

      i. Page 22, lines 18-19 and 23;

      ii. Page 24, lines 6 and 19-23;

      iii. Page 67, line 2;

      iv. Page 69, line 16;

      v. Page 70, lines 23-24;

      vi. Page 71, lines 18 and 23;

      vii. Page 72, lines 2 and 4;

      viii. Page 77, line 6; and

      ix. Page 80, lines 11-14.

  d. Transcript of Trial Proceedings on January 23, 2023:

      i. Page 21, lines 7, 13, and 21;

      ii. Page 22, lines 3, 15-16, and 22;

      iii. Page 23, line 2;

      iv. Page 25, line 22;

      v. Page 27, lines 19 and 21;

      vi. Page 28, lines 3 and 9;

    vii. Page 37, lines 5 and 13;

    viii. Page 38, lines 8 and 12;

    ix. Page 41, line 17;

    x. Page 42, lines 9-10 and 13-14;

    xi. Page 43, line 25; and

    xii. Page 44, line 19.

7. The United States has consulted with Christophir Kerr, counsel for the defendant, who indicated that he does not oppose the relief sought in this filing.

WHEREFORE, the United States of America respectfully requests that the Court allow and order these redactions to the transcripts to protect the privacy of child victims.

Respectfully submitted,

STEVEN J. GROCKI
Chief
Child Exploitation and Obscenity Section
U.S. Dept. of Justice, Criminal Division

*/s/ Kyle P. Reynolds*
Kyle P. Reynolds
Trial Attorney
New York Bar No. 4703856
Authorized to Practice Under L.R. 2.01(a)
1301 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 616-2842
Facsimile: (202) 514-1793
Email: Kyle.Reynolds@usdoj.gov

Karyna Valdes

Assistant United States Attorney
Florida Bar No. 0122261
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: Karyna.Valdes@usdoj.gov

| | |
|---|---|
| U.S. v. Plamen Georgiev Velinov | Case No. 8:21-cr-00342-VMC-SPF |

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for the parties of record.

By: */s/ Kyle P. Reynolds*
Kyle P. Reynolds
Trial Attorney
U.S. Dept. of Justice, Criminal Division